■ Roy G. Sedore, Appellant, v. Rochester Transit Corporation, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in a bus line negligence action. The order denied a motion for a new trial.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ Louis Skelley et al., Respondents, v. Harley Harcrow, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the judgment entered upon the jury verdict is against the weight of evidence. All concur. (Appeal from a judgment of Chautauqua Trial Term in favor of plaintiffs in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ A. Joseph Faulisi, Respondent, v. E. Rogers Crandall, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Steuben Trial Term for plaintiff in an action for breach of warranty.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ . The People of the State of New York, Respondent, v. Robert T. Smith, Appellant.— Order affirmed. All concur. (Appeal from an order of Erie County Court denying defendant's motion for a writ of error coram nobis.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ The People of the State of New York ex rel. Charles Gioia, Appellant, against Arthur D. Britt, as Sheriff of Erie County, Respondent.— Order affirmed, without costs of this appeal to either party. All concur, Williams, J., not voting. (Appeal from an order of Erie Special Term denying a writ of habeas corpus and directing the sheriff to release relator from custody upon his giving bail.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.